Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580
13trustee@oak13.com

Trustee for Debtor(s)

Entered on Docket
May 19, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**CHANGES MADE BY COURT**



The following constitutes
the order of the court. Signed May 18, 2017

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In re

Lauren J Massa-Lochridge

debtor(s)

Chapter 13 Case No. 16-43067-RLE13

Hearing: 05/16/2017
Time: 1:30 p.m.
Courtroom: 215

## ORDER SETTING DEADLINE TO CONFIRM CHAPTER 13 PLAN

A hearing was held on the Chapter 13 Trustee's Motion to Dismiss, the Honorable Roger L. Efremsky presiding. Appearances were stated on the record.

Good cause appearing, IT IS ORDERED

The Debtor must have a confirmed Chapter 13 Plan no later than July 28, 2017 or the case shall be dismissed.

END OF ORDER

COURT SERVICE LIST