Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

**Entered on Docket
August 02, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

The following constitutes
the order of the court. Signed August 1, 2017

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Lauren J Massa-Lochridge

debtor(s)

Chapter 13 Case No. 16-43067-RLE13

**ORDER OF DISMISSAL**

Good Cause Appearing, IT IS ORDERED:

Debtor having failed to obtain confirmation of a Chapter 13 Plan, case is dismissed.

END OF ORDER

COURT SERVICE LIST